*E-Filed 12/1/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TARENCE T. LINDSAY,                          No. C 11-2839 RS (PR)

        Plaintiff,                          **ORDER OF DISMISSAL**

    v.

GRAY LEWIS, et al.,

        Defendants.

_____/

    This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. The complaint was dismissed with leave to file an amended complaint within 30 days. More than 30 days have passed and plaintiff has not filed an amended complaint. Accordingly, this action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED**.

DATED: December 1, 2011

                             RICHARD SEEBORG
                           United States District Judge

**United States District Court**
For the Northern District of California